

NUMBER 13-11-00728-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**IN RE EDITH ROJAS, DDS**

**On Petition for Writ of Mandamus**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Benavides**
**Memorandum Opinion Per Curiam**

Relator, Edith Rojas, DDS, has filed a petition for writ of mandamus in which she contends that respondent, the Honorable Tom Greenwell, presiding judge of the 319th Judicial District Court of Nueces County, Texas, abused his discretion by denying relator's motion to disqualify counsel for real party in interest, Cheryl L. Rhoden, DDS, LLP. On December 9, 2011, we ordered all proceedings in the underlying cause, trial court cause number 2011-DCV-4831-G, stayed until further order of this Court. On December 13, 2011, this Court heard oral argument on the petition for writ of mandamus.

Having reviewed and fully considered relator's petition, the response filed by real

party in interest, relator's reply to that response, and arguments made by counsel, this Court is of the opinion that relator has not shown herself entitled to the relief requested and that the petition should be denied.   Accordingly, the stay previously imposed on the underlying proceedings is LIFTED and relator's petition for writ of mandamus is hereby DENIED.

PER CURIAM

Delivered and filed the
15th day of December, 2011.